ARTE PRODUCTS, INC., Appellant, v. COMPANIA EXPORTADORA ESPANOLA, Respondent, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion denied, with leave to renew after determination of the action in aid of the attachment. There is no necessity for a reference as the issues concerning the validity of the attachment will be determined upon the trial of that action. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

### (June 6, 1938.)

JEANNETTE BORENSTEIN, Appellant, v. DAVID BORENSTEIN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KENNETH SAMILSON GIRARD, an Infant, by EDNA SAMILSON GIRARD, His Guardian ad Litem, Appellant, v. CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Defendant. KENNETH SAMILSON GIRARD, an Infant, etc., Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent. KENNETH SAMILSON GIRARD, an Infant, etc., Appellant, v. HANNAH W. GOLDSTEIN, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRYSINGER EVANS, on Behalf of Himself and on Behalf of All Other Original Holders of Bond Participation Certificates in the Bond and Mortgage Issued under the Trust Agreement between the TWENTY ONE SIXTY SIX BROADWAY CORPORATION and THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH and the AMERICAN TRUST COMPANY, as Trustee, etc., Appellant, v. 2168 BROADWAY CORPORATION and Another, Respondents. FRYSINGER EVANS, Appellant, v. THOMAS DARLINGTON and HENRY A. THELLUSSON, as Trustees, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements and stays vacated. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.